IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DE VAN DANIEL,

    Plaintiff,                  No. 2:08-cv-2920 WBS JFM PS

    vs.

B. PADILLA, et al.,

    Defendants.             <u>ORDER</u>

                                                /

          By order filed April 2, 2009, plaintiff was directed to file a completed summons, three completed USM-285 forms, and three copies of the March 16, 2009 amended complaint. On April 7, 2009, plaintiff filed all of the required documents except the copies of the amended complaint. Plaintiff is advised that the court requires one copy of the amended complaint for each of the three named defendants as well as one copy for the U.S. Marshal. Plaintiff only provided one copy.

          Accordingly, IT IS HEREBY ORDERED that within twenty days, plaintiff provide an additional three endorsed filed copies of the amended complaint filed March 16, 2009, so the U.S. Marshal can be ordered to execute service of process.

DATED: April 15, 2009.

                                                 _____
                                                 UNITED STATES MAGISTRATE JUDGE

/001; vand2920.sub

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   |   |
| 8 | IN THE UNITED STATES DISTRICT COURT |   |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |   |
| 10 | MELVIN DE VAN DANIEL, |   |
| 11 | Plaintiff, | No. 2:08-cv-0682 WBS JFM PS |
| 12 | vs. |   |
| 13 | B. PADILLA, et al., | NOTICE OF SUBMISSION |
| 14 | Defendants. | OF DOCUMENTS |
| 15 | _____/ |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DE VAN DANIEL,

      Plaintiff,                 No. 2:08-cv-0682 WBS JFM PS

    vs.

B. PADILLA, et al.,                 NOTICE OF SUBMISSION

      Defendants.            OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ three copies of the amended complaint filed March 16, 2009

DATED:

                                                            _____

                                                            Plaintiff