IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN DE VAN DANIEL,

        Plaintiff,                    No. 2:08-cv-2920 WBS JFM PS

    vs.

B. OAKS, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se and in forma pauperis.  Both parties have filed status reports.  Upon consideration of the status reports on file in this action, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Discovery, including the hearing of discovery motions, shall be completed by May 20, 2010.

        2.  Dispositive motions, other than discovery motions, shall be noticed to be heard on or before August 26, 2010.

        3. Plaintiff shall designate expert witnesses on or before October 14, 2010.  Defendants shall designate expert witnesses on or before November 18, 2010.

        5. Expert discovery, including the hearing of any expert discovery motions, shall be completed on or before January 20, 2011.

1

6. The pretrial conference is set for April 18, 2011 at 2:00 p.m. before the Honorable William B. Shubb in Courtroom #5.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

5. Court trial of this matter is set for June 14, 2011 at 9:00 a.m. before the Honorable William B. Shubb in Courtroom #5.  The parties shall file trial briefs in accordance with  Local Rule 16-285.  Trial is expected to last approximately three to four days.

DATED:  October 26, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001/vandan2920.oas